LUIGI CARUSO AND CARMELA CARUSO, APPELLANTS, v. TOWN OF MONTCLAIR, RESPONDENT.

Submitted July 10, 1916—Decided March 5, 1917.

On appeal from the Supreme Court.

For the appellants, *Gaetano Belfatto* and *Wilbur A. Heisley*.

For the respondent, *Hartshorne, Insley & Leake*.

PER CURIAM.

The same question presented in this case was involved in *Nicola Caruso and Guiseppi Caruso, appellants,* v. *Town of Montclair,* decided at the present term (*ante p.* 255), and for the reasons given in the opinion filed in that case, the judgment herein will be affirmed, with costs.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, BLACK, WHITE, WILLIAMS, GARDNER, JJ. 13.

*For reversal*—None.